# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS R. GARCÍA-PAGÁN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 24-1082 (GLS) |

## ORDER

Plaintiff Carlos García-Pagán filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1.

On June 21, 2024, the Commissioner filed the transcript of the administrative record. Docket No. 11. On July 8, 2024, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 12.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of July 2024.

                                                s/Giselle López-Soler<br>
                                                GISELLE LÓPEZ-SOLER<br>
                                                United States Magistrate Judge